Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.:   09−26885 JS     Chapter:  13

Stephen James Huber
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case <u>for failure to confirm plan</u> was entered on 6/29/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 6/29/10

Mark D. Sammons, Clerk of Court<br>by Deputy Clerk, C Adams410−962−4215